FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 23 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| TONGASS CONSERVATION SOCIETY; SIERRA CLUB; NATURAL RESOURCES DEFENSE COUNCIL; GREENPEACE, INC.; CENTER FOR BIOLOGICAL DIVERSITY; CASCADIA WILDLANDS PROJECT, Plaintiffs - Appellants, v. FORREST COLE, in his official capacity as Forest Supervisor Tongass National Forest; UNITED STATES FOREST SERVICE UNITED STATES DEPARTMENT OF AGRICULTURE, Defendants - Appellees. | No. 09-35451<br>D.C. No. 1:09-cv-00003-JWS<br>District of Alaska, Juneau<br><br>**MANDATE** |
|---|---|

The judgment of this Court, entered 08/31/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

/s/
By: Theresa Benitez
Deputy Clerk